FILED
2006 Nov-06 PM 02:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| ALICE GRAY, *et al.*, | ] |
| | ] |
| Plaintiffs, | ] |
| | ] |
| vs. | ]  CV-06-CO-01538-W |
| | ] |
| DOLGENCORP, INC., *et al.*, | ] |
| | ] |
| Defendants. | ] |

ORDER

The Court has for consideration Defendant Dolgencorp, Inc.'s Rule 21 Motion to Drop All Plaintiffs Except Michael Dozier-Blair, or in the Alternative, Motion for Severance and Separate Trials (Doc. 23), filed on September 7, 2006. At the direction of the Court, counsel has submitted an agreed upon list of plaintiffs whose claims are subject to the jurisdiction of, and whose venue is proper in, federal courts located outside of the State of Alabama.

Defendant's motion is GRANTED IN PART, and the Court withholds ruling on the remaining named plaintiffs' cases.

The Clerk is directed to sever the causes of the plaintiffs listed in the table attached to this order.  The Clerk is to electronically copy the complaint and answer filed in case number 7:06-CV-01538-LSC to the docket of the severed cases.  Plaintiffs are to pay the filing fees for each of the severed cases on or before Tuesday, December 5, 2006.  If any severed plaintiff fails to pay the filing fee for his or her severed case as provided above, the said case will be dismissed with prejudice.

The Clerk of Court is directed to assign all of the above severed cases to the undersigned judge, but to withhold drawing a case assignment card for the undersigned judge for such cases until the Court can meet as a whole and decide the appropriate allocation of case assignment credit.  All of the above severed cases shall be consolidated for discovery purposes under case number CV-06-CO-01538-W, and all motions and pleadings are to be filed under that case.

Done this <u>3rd</u> day of <u>November 2006</u>.

                                                                L. SCOTT COOGLER
                                             UNITED STATES DISTRICT JUDGE
                                                          143449