FILED
2009 Mar-11  AM 11:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| ALICE GRAY, ET AL, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | No. 7:06-CV-01538-LSC |
| ) | |
| DOLGENCORP, INC., ET AL., ) | |
| ) | |
| Defendant. ) | |

**ORDER**

The matter before this Court is the Parties' Joint Motion to Transfer Cases – Group II (Doc. 94.)  After considering the Joint Motion, the Court: GRANTS the Joint Motion to Transfer Cases – Group II, and ORDERS the 185 cases listed on Exhibit A to the Joint Motion to Transfer Cases – Group II be transferred to the districts as identified therein.

This Court further forwards with this Order a stipulated list of counsel for the parties, with current contact information, for the court's reference and convenience.  This list is attached as Exhibit B.

Page 1 of 2

Done this 11th day of March 2009.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

## EXHIBIT A TO JOINT MOTION TO TRANSFER

## GROUP II

|    |          | Last Name          | First Name   | Case #      | TRANSFER COURT             |
|----|----------|--------------------|--------------|-------------|----------------------------|
| 1  | ARWD-1   | Drake              | Martha       | 7:06cv02440 | Arkansas Western District  |
| 2  | ARWD-2   | Felps              | Helen        | 7:06cv02441 | Arkansas Western District  |
| 3  | ARWD-3   | Harris             | Amanda       | 7:06cv02388 | Arkansas Western District  |
| 4  | ARWD-4   | Harris             | Denise A.    | 7:06cv02442 | Arkansas Western District  |
| 5  | ARWD-5   | Hill               | Melissa      | 7:06cv02444 | Arkansas Western District  |
| 6  | ARWD-6   | Kozal              | Darla        | 7:06cv02449 | Arkansas Western District  |
| 7  | ARWD-7   | Maxwell            | Diane        | 7:06cv03770 | Arkansas Western District  |
| 8  | ARWD-8   | Maze               | Tammy        | 7:06cv02452 | Arkansas Western District  |
| 9  | ARWD-9   | McGinnis           | Patricia     | 7:06cv02454 | Arkansas Western District  |
| 10 | ARWD-10  | Rabone             | Susan        | 7:06cv02456 | Arkansas Western District  |
| 11 | ARWD-11  | Remley             | Kimberly     | 7:06cv02464 | Arkansas Western District  |
| 12 | ARWD-12  | Skinner            | Cary         | 7:06cv03396 | Arkansas Western District  |
| 13 | ARWD-13  | Skinner-Drindak    | Kimberly     | 7:06cv03397 | Arkansas Western District  |
| 14 | ARWD-14  | Slavings           | Joyce        | 7:06cv02459 | Arkansas Western District  |
| 15 | FLND-1   | Battle             | Robin        | 7:06cv02587 | Florida Northern District  |
| 16 | FLND-2   | Bloom              | Melissa      | 7:06cv02589 | Florida Northern District  |
| 17 | FLND-3   | Bradley            | Dellie       | 7:06cv02590 | Florida Northern District  |
| 18 | FLND-4   | Carey              | Michael      | 7:06cv02591 | Florida Northern District  |
| 19 | FLND-5   | Clark-Carney       | Dianna       | 7:06cv02651 | Florida Northern District  |

| | | Last Name | First Name | Case # | TRANSFER COURT |
|---|---|---|---|---|---|
| 20 | FLND-6 | Conlee | Karla | 7:06cv02592 | Florida Northern District |
| 21 | FLND-7 | Conn | Deborah | 7:06cv02593 | Florida Northern District |
| 22 | FLND-8 | Dann | Andrea | 7:06cv02495 | Florida Northern District |
| 23 | FLND-9 | Doxtator | Wilma | 7:06cv04549 | Florida Northern District |
| 24 | FLND-10 | Gill | Barbara | 7:06cv02594 | Florida Northern District |
| 25 | FLND-11 | Golotto-Mello | Lenore | 7:06cv02595 | Florida Northern District |
| 26 | FLND-12 | Hendricks | Nancy | 7:06cv02596 | Florida Northern District |
| 27 | FLND-13 | Key | LuAnn | 7:06cv02598 | Florida Northern District |
| 28 | FLND-14 | Kirby | Tina | 7:06cv02599 | Florida Northern District |
| 29 | FLND-15 | Matthews | Nancy | 7:06cv02601 | Florida Northern District |
| 30 | FLND-16 | McKinnon | Roger | 7:06cv02602 | Florida Northern District |
| 31 | FLND-17 | Monteith | Lester Dewayne | 7:06cv02604 | Florida Northern District |
| 32 | FLND-18 | Ray | Marti | 7:06cv02606 | Florida Northern District |
| 33 | FLND-19 | Rector | Thomas | 7:06cv02607 | Florida Northern District |
| 34 | FLND-20 | Stanford | Valerie | 7:06cv02576 | Florida Northern District |
| 35 | FLND-21 | Waye | Brenda | 7:06cv02616 | Florida Northern District |
| 36 | FLND-22 | Whitt | Stephen | 7:06cv02617 | Florida Northern District |
| 37 | FLND-23 | Wilkins | Tammy | 7:06cv02618 | Florida Northern District |
| 38 | FLND-24 | Wisner | David | 7:06cv02986 | Florida Northern District |
| 39 | FLND-25 | Wisner | Lovely | 7:06cv02584 | Florida Northern District |
| 40 | FLND-26 | Yates | David | 7:06cv02683 | Florida Northern District |

|    |         | Last Name          | First Name | Case #      | TRANSFER COURT           |
|----|---------|--------------------|------------|-------------|--------------------------|
| 41 | ILCD-1  | Buhl-Thompson      | Peggy      | 7:06cv02774 | Illinois Central District |
| 42 | ILCD-2  | Burger             | Rebecca    | 7:06cv02775 | Illinois Central District |
| 43 | ILCD-3  | Davis              | Debbie     | 7:06cv02777 | Illinois Central District |
| 44 | ILCD-4  | Houmes             | Ronda      | 7:06cv02779 | Illinois Central District |
| 45 | ILCD-5  | Loomis             | Deanna     | 7:06cv02781 | Illinois Central District |
| 46 | ILCD-6  | Melton             | Steve      | 7:06cv02782 | Illinois Central District |
| 47 | ILCD-7  | Miner              | Joan       | 7:06cv02784 | Illinois Central District |
| 48 | ILCD-8  | Morgan             | Kimberly   | 7:06cv02785 | Illinois Central District |
| 49 | ILCD-9  | Ritz               | Martino    | 7:06cv02562 | Illinois Central District |
| 50 | ILCD-10 | Schmitz            | Monica     | 7:06cv02788 | Illinois Central District |
| 51 | ILCD-11 | Steidinger-Harris  | Paula      | 7:06cv02790 | Illinois Central District |
| 52 | ILCD-12 | Welch              | Janice     | 7:06cv02792 | Illinois Central District |
| 53 | ILCD-13 | Wilson             | Janice K.  | 7:06cv02939 | Illinois Central District |
| 54 | KSDC-1  | Baysinger          | Laura      | 7:06cv02942 | Kansas District Court    |
| 55 | KSDC-2  | Brady              | Robert     | 7:06cv02946 | Kansas District Court    |
| 56 | KSDC-3  | Capps              | Connie     | 7:06cv02947 | Kansas District Court    |
| 57 | KSDC-4  | Chapman            | Gina       | 7:06cv02949 | Kansas District Court    |
| 58 | KSDC-5  | Cochran            | Patricia   | 7:06cv02951 | Kansas District Court    |
| 59 | KSDC-6  | Cochrane           | Victoria   | 7:06cv02952 | Kansas District Court    |
| 60 | KSDC-7  | Cullip             | Patricia   | 7:06cv02955 | Kansas District Court    |
| 61 | KSDC-8  | Dickerson          | Mandy      | 7:06cv02959 | Kansas District Court    |

|    |         | Last Name        | First Name | Case #      | TRANSFER COURT       |
|----|---------|------------------|------------|-------------|----------------------|
| 62 | KSDC-9  | Gill             | Ruth       | 7:06cv02960 | Kansas District Court |
| 63 | KSDC-10 | Gilmore          | Gary       | 7:06cv02961 | Kansas District Court |
| 64 | KSDC-11 | Hall             | Pedro      | 7:06cv02135 | Kansas District Court |
| 65 | KSDC-12 | Ham              | Mark       | 7:06cv03368 | Kansas District Court |
| 66 | KSDC-13 | Harper           | Dorothy    | 7:06cv02965 | Kansas District Court |
| 67 | KSDC-14 | Hathaway         | Roger      | 7:06cv02966 | Kansas District Court |
| 68 | KSDC-15 | Licon            | Michael    | 7:06cv02968 | Kansas District Court |
| 69 | KSDC-16 | Licon            | Sharon     | 7:06cv02969 | Kansas District Court |
| 70 | KSDC-17 | McDonald         | Karen      | 7:06cv02970 | Kansas District Court |
| 71 | KSDC-18 | Orton            | Eloise     | 7:06cv02972 | Kansas District Court |
| 72 | KSDC-19 | Pickens-Trower   | Stephanie  | 7:06cv03772 | Kansas District Court |
| 73 | KSDC-20 | Rakestraw        | Debra      | 7:06cv02973 | Kansas District Court |
| 74 | KSDC-21 | Rogers           | Hazel      | 7:06cv02975 | Kansas District Court |
| 75 | KSDC-22 | Rutledge         | Billie     | 7:06cv03774 | Kansas District Court |
| 76 | KSDC-23 | Smith            | Antonio    | 7:06cv02979 | Kansas District Court |
| 77 | KSDC-24 | Snyder           | Russell    | 7:06cv02980 | Kansas District Court |
| 78 | KSDC-25 | Steen            | Connie     | 7:06cv02981 | Kansas District Court |
| 79 | KSDC-26 | Stuckey          | Connie     | 7:06cv02982 | Kansas District Court |
| 80 | KSDC-27 | Theurer          | Laura      | 7:06cv02983 | Kansas District Court |
| 81 | KSDC-28 | Vanhollebeke     | Stacy      | 7:06cv02984 | Kansas District Court |
| 82 | KSDC-29 | Weishapl         | James      | 7:06cv04492 | Kansas District Court |

|     |          | Last Name         | First Name | Case #      | TRANSFER COURT                |
| --- | -------- | ----------------- | ---------- | ----------- | ----------------------------- |
| 83  | KSDC-30  | Williams-Colorado | Velma      | 7:06cv02985 | Kansas District Court         |
| 84  | KSDC-31  | Wolfe             | Julie      | 7:06cv02987 | Kansas District Court         |
| 85  | MSSD-1   | Burney            | Carol      | 7:06cv03264 | Mississippi Southern District |
| 86  | MSSD-2   | Burrage           | Willie     | 7:06cv03265 | Mississippi Southern District |
| 87  | MSSD-3   | Cooley            | Susan      | 7:06cv03267 | Mississippi Southern District |
| 88  | MSSD-4   | Coward            | Eunice     | 7:06cv03269 | Mississippi Southern District |
| 89  | MSSD-5   | Creel             | Sandra     | 7:06cv03270 | Mississippi Southern District |
| 90  | MSSD-6   | Cummings          | Cynthia    | 7:06cv03271 | Mississippi Southern District |
| 91  | MSSD-7   | Fountain          | Andrew     | 7:06cv03272 | Mississippi Southern District |
| 92  | MSSD-8   | Fox               | Ronda      | 7:06cv03274 | Mississippi Southern District |
| 93  | MSSD-9   | Hainey            | Ellen      | 7:06cv03438 | Mississippi Southern District |
| 94  | MSSD-10  | Heidelberg        | Jamie      | 7:06cv03280 | Mississippi Southern District |
| 95  | MSSD-11  | Henderson         | Jane       | 7:06cv03281 | Mississippi Southern District |
| 96  | MSSD-12  | Hillman           | Ronald     | 7:06cv03283 | Mississippi Southern District |
| 97  | MSSD-13  | Ivy               | Judy       | 7:06cv03285 | Mississippi Southern District |
| 98  | MSSD-14  | Joachim           | Steven     | 7:06cv03286 | Mississippi Southern District |
| 99  | MSSD-15  | Johnson           | LaSonya    | 7:06cv03287 | Mississippi Southern District |
| 100 | MSSD-16  | Kampf             | Frank      | 7:06cv03074 | Mississippi Southern District |
| 101 | MSSD-17  | Lewis             | Shirley    | 7:06cv03290 | Mississippi Southern District |

|     |         | Last Name    | First Name | Case #      | TRANSFER COURT               |
|-----|---------|--------------|------------|-------------|------------------------------|
| 102 | MSSD-18 | Lindsey      | Rita       | 7:06cv03291 | Mississippi Southern District |
| 103 | MSSD-19 | Londono      | Luis       | 7:06cv03292 | Mississippi Southern District |
| 104 | MSSD-20 | Malone       | Barbara    | 7:06cv03296 | Mississippi Southern District |
| 105 | MSSD-21 | Martin       | Vickie     | 7:06cv03299 | Mississippi Southern District |
| 106 | MSSD-22 | McKines      | Rose       | 7:06cv03301 | Mississippi Southern District |
| 107 | MSSD-23 | Miller       | Michele    | 7:06cv03302 | Mississippi Southern District |
| 108 | MSSD-24 | Millington   | Silvia     | 7:06cv02227 | Mississippi Southern District |
| 109 | MSSD-25 | Noble        | Linda      | 7:06cv03304 | Mississippi Southern District |
| 110 | MSSD-26 | Peavey       | Georgia    | 7:06cv03305 | Mississippi Southern District |
| 111 | MSSD-27 | Petro        | Donna      | 7:06cv03307 | Mississippi Southern District |
| 112 | MSSD-28 | Pugh         | Gwendolyn  | 7:06cv03310 | Mississippi Southern District |
| 113 | MSSD-29 | Rast         | Amanda     | 7:06cv03311 | Mississippi Southern District |
| 114 | MSSD-30 | Smith        | Mattie     | 7:06cv03315 | Mississippi Southern District |
| 115 | MSSD-31 | Stevens-Case | Mollie     | 7:06cv03317 | Mississippi Southern District |

|     |          | Last Name  | First Name | Case #       | TRANSFER COURT                  |
|-----|----------|------------|------------|--------------|---------------------------------|
| 116 | MSSD-32  | Sumrall    | Mary       | 7:06cv03318  | Mississippi Southern District   |
| 117 | MSSD-33  | Townsend   | Raeford    | 7:06cv03319  | Mississippi Southern District   |
| 118 | MSSD-34  | Westbrook  | Margie     | 7:06cv03320  | Mississippi Southern District   |
| 119 | MSSD-35  | Williams   | Tabetha    | 7:06cv03325  | Mississippi Southern District   |
| 120 | MSSD-36  | Williams   | Chassity   | 7:06cv03323  | Mississippi Southern District   |
| 121 | MSSD-37  | Williamson | William    | 7:06cv03326  | Mississippi Southern District   |
| 122 | MSSD-38  | Wren       | Roger      | 7:06cv03327  | Mississippi Southern District   |
| 123 | NCED-1   | Andrews    | Melvin     | 7:06cv03479  | North Carolina Eastern District |
| 124 | NCED-2   | Ballard    | Larry      | 7:06cv03480  | North Carolina Eastern District |
| 125 | NCED-3   | Basnight   | Wanda      | 7:06cv03481  | North Carolina Eastern District |
| 126 | NCED-4   | Boone      | Delphine   | 7:06cv03482  | North Carolina Eastern District |
| 127 | NCED-5   | Boos       | Thomas     | 7:06cv03483  | North Carolina Eastern District |
| 128 | NCED-6   | Civils     | Donald     | 7:06cv03485  | North Carolina Eastern District |
| 129 | NCED-7   | DiMascio   | Dawn       | 7:06cv03486  | North Carolina Eastern District |

|     |         | Last Name    | First Name | Case #      | TRANSFER COURT                   |
|-----|---------|--------------|------------|-------------|----------------------------------|
| 130 | NCED-8  | Dixon        | Brenda     | 7:06cv03487 | North Carolina Eastern District  |
| 131 | NCED-9  | Draughon     | Tony       | 7:06cv03488 | North Carolina Eastern District  |
| 132 | NCED-10 | Faircloth    | Allen      | 7:06cv03491 | North Carolina Eastern District  |
| 133 | NCED-11 | Goodwin      | Sharon     | 7:06cv03493 | North Carolina Eastern District  |
| 134 | NCED-12 | Gore         | Tonya      | 7:06cv03494 | North Carolina Eastern District  |
| 135 | NCED-13 | Grabowski    | Naomi      | 7:06cv03495 | North Carolina Eastern District  |
| 136 | NCED-14 | Harper       | Shelia     | 7:06cv03497 | North Carolina Eastern District  |
| 137 | NCED-15 | Herring      | Rose       | 7:06cv03499 | North Carolina Eastern District  |
| 138 | NCED-16 | Holmes       | Bernis     | 7:06cv03501 | North Carolina Eastern District  |
| 139 | NCED-17 | Hunt         | Sandra     | 7:06cv03502 | North Carolina Eastern District  |
| 140 | NCED-18 | Kelly-Savage | Shirley    | 7:06cv03504 | North Carolina Eastern District  |
| 141 | NCED-19 | Leigh        | Harold     | 7:06cv03505 | North Carolina Eastern District  |
| 142 | NCED-20 | Mack         | Valerie    | 7:06cv03507 | North Carolina Eastern District  |
| 143 | NCED-21 | Ortiz        | Carmen     | 7:06cv03799 | North Carolina Eastern District  |

|     |         | Last Name        | First Name | Case #      | TRANSFER COURT                   |
|-----|---------|------------------|------------|-------------|----------------------------------|
| 144 | NCED-22 | Price            | Kenneth    | 7:06cv03511 | North Carolina Eastern District  |
| 145 | NCED-23 | Ravas-Houllion   | Brenda     | 7:06cv03512 | North Carolina Eastern District  |
| 146 | NCED-24 | Rogers-Andrews   | Annette    | 7:06cv03513 | North Carolina Eastern District  |
| 147 | NCED-25 | Simmons          | Barbara    | 7:06cv03514 | North Carolina Eastern District  |
| 148 | NCED-26 | Sparks           | Patricia   | 7:06cv03516 | North Carolina Eastern District  |
| 149 | NCED-27 | Suggs            | Deborah    | 7:06cv03517 | North Carolina Eastern District  |
| 150 | NCED-28 | Van Ostran       | Peggy      | 7:06cv03519 | North Carolina Eastern District  |
| 151 | NCED-29 | Watts            | Carmen     | 7:06cv03556 | North Carolina Eastern District  |
| 152 | NCED-30 | Whitfield        | Tasha      | 7:06cv03521 | North Carolina Eastern District  |
| 153 | NJDC-1  | Basquez          | Kimberly   | 7:06cv03421 | New Jersey District Court        |
| 154 | NJDC-2  | Borrell          | Shari      | 7:06cv03422 | New Jersey District Court        |
| 155 | NJDC-3  | Bryant           | Patricia   | 7:06cv03423 | New Jersey District Court        |
| 156 | NJDC-4  | Muller           | Helene     | 7:06cv03424 | New Jersey District Court        |
| 157 | NJDC-5  | Thaler           | Ivan       | 7:06cv03427 | New Jersey District Court        |

| | | Last Name | First Name | Case # | TRANSFER COURT |
|---|---|---|---|---|---|
| 158 | NJDC-6 | Thaler | Tammy | 7:06cv03428 | New Jersey District Court |
| 159 | NJDC-7 | West | Theresa | 7:06cv03430 | New Jersey District Court |
| 160 | NYND-1 | Anderson | Janet | 7:06cv03434 | New York Northern District |
| 161 | NYND-2 | Casper-Cabrera | Evangeline | 7:06cv03435 | New York Northern District |
| 162 | NYND-3 | LaTour | Tracey | 7:06cv03440 | New York Northern District |
| 163 | NYND-4 | Pulver | Betty | 7:06cv03447 | New York Northern District |
| 164 | TNWD-1 | Fayne | Flora | 7:06cv04097 | Tennessee Western District |
| 165 | TNWD-2 | Gray | Dennis | 7:06cv04098 | Tennessee Western District |
| 166 | TNWD-3 | Hays | Nannette | 7:06cv04099 | Tennessee Western District |
| 167 | TNWD-4 | Hughes | Annie | 7:06cv04101 | Tennessee Western District |
| 168 | TNWD-5 | Johnson | Glenda | 7:06cv04102 | Tennessee Western District |
| 169 | TNWD-6 | King | Pamela | 7:06cv04104 | Tennessee Western District |
| 170 | TNWD-7 | Landreth | Barbara | 7:06cv04105 | Tennessee Western District |
| 171 | TNWD-8 | Marks-McCoy | Evelyn | 7:06cv04107 | Tennessee Western District |

|     |          | Last Name         | First Name  | Case #      | TRANSFER COURT                    |
|-----|----------|-------------------|-------------|-------------|-----------------------------------|
| 172 | TNWD-9   | Mayfield          | Melba       | 7:06cv04108 | Tennessee Western District        |
| 173 | TNWD-10  | McMillan          | Clyde David | 7:06cv04109 | Tennessee Western District        |
| 174 | TNWD-11  | Reddick           | Roberta     | 7:06cv04111 | Tennessee Western District        |
| 175 | TNWD-12  | Watson-Rice       | Mary Jo     | 7:06cv04113 | Tennessee Western District        |
| 176 | WVND-1   | Bosley            | Melva       | 7:06cv04523 | West Virginia Northern District   |
| 177 | WVND-2   | Howell            | Mary        | 7:06cv04527 | West Virginia Northern District   |
| 178 | WVND-3   | Mayne-Harrison    | Angela      | 7:06cv04528 | West Virginia Northern District   |
| 179 | WVND-4   | Morgan            | James       | 7:06cv04529 | West Virginia Northern District   |
| 180 | WVND-5   | Outen             | Connie      | 7:06cv04530 | West Virginia Northern District   |
| 181 | WVND-6   | Proctor           | Tawana      | 7:06cv04531 | West Virginia Northern District   |
| 182 | WVND-7   | Richards-Wiser    | Christine   | 7:06cv04532 | West Virginia Northern District   |
| 183 | WVND-8   | Stewart           | Fabra       | 7:06cv03185 | West Virginia Northern District   |
| 184 | WVND-9   | Thorne-Judkins    | Della       | 7:06cv04551 | West Virginia Northern District   |
| 185 | WVND-10  | Weller            | Kimberly    | 7:06cv04534 | West Virginia Northern District   |

# EXHIBIT B

<u>Counsel for Plaintiffs:</u>

Roman A Shaul
BEASLEY ALLEN CROW
METHVIN PORTIS & MILES PC
PO Box 4160
Montgomery, AL 36103-4160
Telephone: 1-334-269-2343
Email: roman.shaul@beasleyallen.com

Jere L Beasley
BEASLEY ALLEN CROW
METHVIN PORTIS & MILES PC
PO Box 4160
Montgomery, AL 36103-4160
Telephone: 1-334-269-2343
Email: jere.beasley@beasleyallen.com

W Daniel Miles, III
BEASLEY ALLEN CROW
METHVIN PORTIS & MILES PC
PO Box 4160
Montgomery, AL 36103-4160
Telephone: 1-334-269-2343
Email: dee.miles@beasleyallen.com

J Allen Schreiber
SCHREIBER & PETRO PC
301 19th Street N, Suite 580
Birmingham, AL 35203
Telephone: 205-871-5080
Fax: 205-879-6960
Email: allen@sppclaw.com

P Mark Petro
SCHREIBER & PETRO PC
301 19th Street N, Suite 580
Birmingham, AL 35203
Telephone: 205-871-5080
Fax: 205-879-6960
Email: ppetro@sppclaw.com


Counsel for Defendants:

Ronald E Manthey
MORGAN LEWIS & BOCKIUS LLP
1717 Main Street, Suite 3200
Dallas, TX 75201
Telephone: 214-466-4111
Fax: 214-466-4001
Email: ron.manthey@morganlewis.com

Joel S Allen
MORGAN LEWIS & BOCKIUS LLP
1717 Main Street, Suite 3200
Dallas, TX 75201
Telephone: 214-466-4106
Fax: 214-466-4001
Email: joel.allen@morganlewis.com

Melissa M Hensley
MORGAN LEWIS & BOCKIUS LLP
1717 Main Street, Suite 3200
Dallas, TX 75201
Telephone: 214-466-4130
Fax: 214-466-4001
Email: melissa.hensley@morganlewis.com

J Trent Scofield
OGLETREE DEAKINS NASH
SMOAK & STEWART PC
One Federal Place, Suite 1000
1819 5th Avenue, North
Birmingham, AL 35203
Telephone: 205-328-1900
Fax: 205-328-6000
Email: trent.scofield@odnss.com


Keith D Frazier
OGLETREE DEAKINS NASH
SMOAK & STEWART
Suntrust Center, Suite 800
424 Church Street
Nashville, TN 37219
Telephone: 1-615-254-1900
Fax: 1-615-254-1908
Email: keith.frazier@odnss.com