# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

ROBIN BATTLE,

     Plaintiff,

v.                                              CASE NO.  5:09cv95-RS/AK

DOLGENCORP, INC., et al.,

     Defendants.

_____/

## ORDER TRANSFERRING AND REASSIGNING CASES

     The Northern District of Alabama has transferred to this district the 26 cases on the attached list.  Following this district's standard protocols, the clerk's office filed some of the cases in each of the district's four divisions and randomly assigned cases to six different district judges.

     The standard practice in this district is for closely-related cases—as determined by the appropriate judge or judges—to be assigned to a single district judge.  The single judge is the judge to whom the first case filed in this district was randomly assigned.  For these 26 cases, that is District Judge Richard Smoak.

     Under the standard practice, a single magistrate judge also is assigned to

related cases, again based on the random magistrate-judge assignment in the first-filed case. For these cases, that is Magistrate Judge Allan Kornblum.

When, as here, multiple cases and district judges are involved, the reassignment is most expeditiously accomplished by the entry of a single order by the district's chief judge.

Accordingly,

IT IS ORDERED:

The clerk must transfer to the Panama City division any of these cases not originally filed in the Panama City division. The clerk must reassign to District Judge Smoak and to Magistrate Judge Kornblum any of these cases not originally assigned to them. The clerk must file this order in each of the case files.

SO ORDERED on April 1, 2009.

                                       s/Robert L. Hinkle
                                       Chief United States District Judge

# CASES TRANSFERRED FROM NORTHERN DISTRICT OF ALABAMA TO NORTHERN DISTRICT OF FLORIDA

| Case Number | Case Name |
|---|---|
| 5:09cv95-RS/AK | Battle v. Dolgencorp, Inc, et al. |
| 5:09cv96-RS/AK | Whitt v. Dolgencorp, Inc, et al. |
| 5:09cv97-RS/AK | Rector v. Dolgencorp, Inc, et al. |
| 5:09cv98-RS/MD | Ray v. Dolgencorp, Inc, et al. |
| 5:09cv99-RS/EMT | Monteith v. Dolgencorp, Inc, et al. |
| 5:09cv100-RS/MD | Kirby v. Dolgencorp, Inc, et al. |
| 5:09cv101-RS/MD | Key v. Dolgencorp, Inc, et al. |
| 5:09cv102-RS/EMT | Conlee v. Dolgencorp, Inc, et al. |
| 5:09cv108-RS/EMT | Wisner v. Dolgencorp, Inc, et al. |
| 5:09cv109-RS/AK | Wisner v. Dolgencorp, Inc, et al. |
| 4:09cv109-RH/WCS | Conn v. Dolgencorp, Inc, et al. |
| 4:09cv110-RH/WCS | Bloom v. Dolgencorp, Inc, et al. |
| 4:09cv117-RH/WCS | Yates v. Dolgencorp, Inc, et al. |
| 4:09cv118-RH/WCS | McKinnon v. Dolgencorp, Inc et al. |
| 1:09cv80-SPM/AK | Waye v. Dolgencorp, Inc, et al. |
| 1:09cv81-MP/AK | Gill v. Dolgencorp, Inc, et al. |
| 1:09cv82-SPM/AK | Golotto v. Dolgencorp, Inc, et al. |
| 1:09cv83-SPM/AK | Hendricks v. Dolgencorp, Inc, et al. |
| 1:09cv84-SPM/AK | Carey v. Dolgencorp, Inc, et al. |
| 1:09cv88-SPM/AK | Dann v. Dolgencorp, Inc, et al. |
| 1:09cv89-SPM/AK | Stanford v. Dolgencorp, Inc, et al. |
| 1:09cv90-SPM/AK | Wilkins v. Dolgencorrp, Inc, et al. |
| 3:09cv131-MCR/MD | Matthews v. Dolgencorp, Inc, et al. |
| 3:09cv132-MCR/EMT | Bradley v. Dolgencorp, Inc, et al. |
| 3:09cv136-MCR/EMT | Clark-Carney v. Dolgencorp, Inc., et al. |
| 3:09cv137-RV/EMT | Doxtator v. Dolgencorp, Inc, et al. |